IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE LIEB,<br>    Plaintiff | )<br>)<br>) |
| v. | )   Civil Action No. 22-3251<br>) |
| SHARKNINJA OPERATING, LLC,<br>    Defendant. | )<br>)<br>) |

## JOINT STIPULATION TO DISMISS

1. Plaintiff and Defendant respectfully ask that Plaintiff's claims, actions and causes of action asserted against Defendant be dismissed with prejudice.

2. This case is not a class action, and a receiver has not been appointed.

3. Each side is to bear its own costs and attorney's fees.

4. Pursuant Rule 41 of the Federal Rules of Civil Procedure, this case is dismissed with prejudice upon filing of this joint stipulation.

Accordingly, Plaintiff and Defendant jointly request the Court to enter the proposed order dismissing with prejudice all claims that Plaintiff asserted or could have asserted against Defendant in this lawsuit and that all costs of court incurred in connection with said causes of action are to be paid by the party incurring same.

Respectfully submitted,

*s/ Adam Milasincic*
Adam Milasincic
Texas Bar No. 24079001*
Attorney for Plaintiff
**THE AMMONS LAW FIRM, LLP**
3700 Montrose Blvd.
Houston, Texas 77006
Telephone: (713) 523-1606
Facsimile:  (713) 523-4159
E-mail: adam@ammonslaw.com

*\*Admitted pro hac vice*

### CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Scott D. Kaiser**
Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816-474-6550
Fax: 816-421-5547
skaiser@shb.com

*s/ Adam Milasincic*
Adam Milasincic