IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE LIEB, | ) |
| Plaintiff | ) |
| v. | ) 4:22CV3251 |
| SHARKNINJA OPERATING, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation to Dismiss (Filing No. 25), and good cause appearing, the above-captioned case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated August 14, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge